UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| MARCO OCHOA, ) | |
| ) | |
| Plaintiff, ) | 3:03-cv-00634-LRH (VPC) |
| ) | |
| v. ) | |
| ) | O R D E R |
| SHERIFF RICHARD KIRKLAND, et al., ) | |
| ) | |
| Defendants. ) | |

The Court has considered the Report and Recommendation of United States Magistrate Judge Valerie P. Cooke (#54) entered on May 8, 2006, in which the Magistrate Judge recommends that Defendant Reno Diagnostic Center's Motion for Summary Judgment (#49) be granted. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (#54); therefore, Defendant Reno Diagnostic Center's Motion for Summary Judgment

///

///

///

///

(#49) is granted. The Clerk shall enter judgment accordingly and this action is DISMISSED without prejudice.

    IT IS SO ORDERED.

    DATED this 25th day of July, 2006.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE